**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CRYPTOPEAK SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:15-cv-1286-RSP |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ALLSTATE INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Allstate Insurance Company states as follows:  Defendant Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.  Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

October 6, 2015

Respectfully submitted,

*/s/ Melissa Smith*

Melissa Smith
TX Bar No. 24001351
GILLIAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

Lauren Sliger
Roozbeh Gorgin
LEE TRAN & LIANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-8900
Fax: (213) 612-3773
lauren.sliger@ltlattorneys.com
roozbeh.gorgin@ltlattorneys.com

***Attorneys for Defendant***
***Allstate Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, I electronically filed the foregoing with the clerk

of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of

record.

*/s/ Melissa R. Smith*
Melissa R. Smith