**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CRYPTOPEAK SOLUTIONS, LLC, | ) |
| Plaintiff, | ) Civil Action No. 2:15-cv-1286-RSP |
| v. | ) **JURY TRIAL DEMANDED** |
| ALLSTATE INSURANCE COMPANY | ) |
| Defendant. | ) |

**ALLSTATE INSURANCE COMPANY'S JURY DEMAND**

Defendant Allstate Insurance Company hereby demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

October 6, 2015                                                            Respectfully submitted,

/s/ *Melissa Smith*

Melissa Smith
TX Bar No. 24001351
GILLIAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

Lauren Sliger
Roozbeh Gorgin
LEE TRAN & LIANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-8900
Fax: (213) 612-3773
lauren.sliger@ltlattorneys.com
roozbeh.gorgin@ltlattorneys.com

*Attorneys for Defendant*
*Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Melissa R. Smith*
Melissa R. Smith